# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MID CITY TOWER, LLC

NO.  2024 CW 0887

VERSUS

CERTAIN UNDERWRITERS AT LLOYD'S LONDON,
SUBSCRIBING TO POLICY NO. LA135205,
LLOYD'S, LONDON SYNDICATE NO. 2987,
LLOYD'S, LONDON SYNDICATE NO. 0510,
LLOYD'S, LONDON SYNDICATE NO. 2623,
LLOYD'S, LONDON SYNDICATE NO. 1886,
LLOYD'S, LONDON SYNDICATE NO. 2015,
LLOYD'S, LONDON, SYNDICATE NO. 5678,
LLOYD'S, LONDON SYNDICATE NO. 0623,
LLOYD'S, LONDON SYNDICATE NO. 4444,
LLOYD'S, LONDON SYNDICATE NO. 0318,
LLOYD'S, LONDON SYNDICATE NO. 5000,
LLOYD'S, LONDON SYNDICATE NO. 2001,          **DECEMBER 20, 2024**
LLOYD'S, LONDON SYNDICATE NO. 1225,
AND LLOYD'S, LONDON SYNDICATE NO. 0033

---

In Re:    Mid City Tower, LLC, applying for rehearing, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          740,732.

---

**BEFORE:    McCLENDON, WELCH, LANIER, GREENE, AND STROMBERG, JJ.**

**APPLICATION FOR REHEARING EN BANC DENIED.**

**PMc**
**WIL**
**TPS**

   **Welch and Greene, JJ.,** dissent and would grant the rehearing
application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT